# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DEMETHRIC HULUM                                                                          PLAINTIFF

V.                              NO. 4:13–CV–383-JM-JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                           DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by Plaintiff. After carefully considering these documents and making a de novo review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that Hulum's request for relief (docket entry #2) is DENIED and the Commissioner's decision is AFFIRMED.

Dated this 14th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE